IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR FALSE STATEMENTS
AND AGGRAVATED IDENTITY THEFT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-cr-00133-SDD-SDJ |
| | : | |
| *versus* | : | 18 U.S.C. § 1001(a)(2) |
| | : | 18 U.S.C. § 2 |
| FELIX COC CHOC | : | 18 U.S.C. §1028A |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

### The U.S. Department of Health and Human Services
### Office of Refugee Resettlement's Unaccompanied Alien Children Program

1. The United States Department of Health and Human Services ("HHS") was a department within the Executive Branch of the United States government.

2. Unaccompanied Alien Children ("UACs") were defined as individuals who had no lawful immigration status in the United States, were under the age of 18, and had no parent or legal guardian in the United States who was available to provide care and physical custody.

3. UACs who were apprehended by the Department of Homeland Security ("DHS") immigration officials or another federal agency were transferred to HHS's Office of Refugee Resettlement ("ORR"), which was responsible for the care and custody of UACs awaiting immigration proceedings.

4. ORR usually retained custody until the UACs: (1) were released to a parent, guardian, relative, or other qualified sponsor; (2) were transferred to foster care; or (3) turned 18 years old.

*Jamie Flowers, April Leon and USM with the Warrant*
*USPO*

5.  The process of releasing a UAC from ORR custody to a sponsor involved several steps, including, but not limited to, the identification of sponsors, the submission of a sponsor application, and an assessment of sponsor suitability, which included verification of the sponsor's identity and relationship (if any) to the child.

6.  All potential sponsors were required to submit a "Family Reunification Application" and documents that verified the sponsor's identity and relationship claimed between the sponsor and UAC, among other documents.

7.  A birth certificate was among a list of acceptable documents to demonstrate the relationship between the sponsor and the UAC, as well as the sponsor's identity.

8.  After submission of the Family Reunification Application, Authorization for Release of Information, and other documents, ORR evaluated the materials, took other assessment actions, and determined whether an individual was an appropriate sponsor before releasing a child from ORR custody.

### The Defendant's Family Reunification Application and Authorization for Release of Information Containing False Statements

9.  Defendant **FELIX COC CHOC**, a Guatemalan national without legal authorization to be present in the United States, resided in Brusly, Louisiana, in the Middle District of Louisiana.

10. UAC-1 was a sixteen-year-old male Guatemalan national who illegally entered the United States on or about January 17, 2023.

11. After his apprehension by DHS, UAC-1 was transferred to an HHS-funded care provider on or about January 18, 2023.

12. Defendant submitted and caused to be submitted to ORR the Spanish version of a Family Reunification Application and an Authorization for Release of Information, both with a signature date of January 18, 2023, seeking to sponsor UAC-1.

13. In the Family Reunification Application, Defendant made multiple materially false statements, including:

    a. Defendant falsely stated that UAC-1 was his brother when in fact there was no familial relation.

    b. Defendant falsely claimed his name was J.C.J., UAC-1's brother who lives in Guatemala.

14. Defendant signed the Family Reunification Application, which included the following declarations, written in Spanish:

    a. "I declare and affirm under penalty of perjury that the information contained in this application is true and accurate to the best of my knowledge."

    b. "I attest that all documents I am submitting or copies of those documents are free of error and fraud."

15. In the Authorization for Release of Information, which Defendant signed under the penalty of perjury, Defendant made at least one materially false statement, including the false claim that his name was J.C.J.

16. In support of the Family Reunification Application, Defendant provided a copy of J.C.J.'s birth certificate and Guatemalan national identification card, both of which had a photograph of J.C.J.

17. On or about January 20, 2023, based at least in part on concerns that Defendant's appearance did not match the photos of J.C.J. in the birth certificate and Guatemalan identification

card he had submitted to ORR, an employee of the HHS-funded care provider requested that Defendant submit fingerprints.

18. On or about January 21, 2023, the Defendant admitted to an employee of the HHS-funded care provider that he was not UAC-1's brother, and that he had falsely assumed the identity of J.C.J.

19. Based at least in part on the Defendant's false statements, ORR did not approve this initial application to sponsor UAC-1.

20. On or about January 22, 2023, the Defendant submitted a second application to sponsor UAC-1 and authorization for release of information in his true name. ORR denied the Defendant's sponsorship application because of the false statements he made in his initial application.

<u>**COUNT 1**</u>
**(Making a False, Fictitious, and Fraudulent Statement**
**(18 U.S.C. § 1001(a)(2))**

21. The factual allegations contained in paragraphs 1 through 20 of this Indictment are incorporated by reference as if stated fully herein.

22. On or about January 18, 2023, in the Middle District of Louisiana, **FELIX COC CHOC**, defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, Defendant stated in an ORR Family Reunification Application that he was UAC-1's brother, J.C.J., when, in truth and fact, as he then well knew, he was not UAC-1's brother, J.C.J.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2
### (Aiding and Abetting Aggravated Identity Theft
### (18 U.S.C. §§ 1028A(a)(1) & 2))

23. The factual allegations contained in paragraphs 1 through 20 of this Indictment are incorporated by reference as if stated fully herein.

24. On or about January 18, 2023, in the Middle District of Louisiana, Defendant **FELIX COC CHOC** did knowingly transfer, possess, and use, and did aid and abet the transfer, possession, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. 1028A(c), to wit: making a false statement in violation of 18 U.S.C. 1001 as alleged in Count 1, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

UNITED STATES OF AMERICA, BY

_____
ELLISON TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
KRISTEN LUNDIN CRAIG
ASSISTANT UNITED STATES ATTORNEY

MATTHEW R. GALEOTTI
ACTING ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
CRIMINAL DIVISION

BY:
_____
AARON L. JENNEN
TRIAL ATTORNEY
HUMAN RIGHTS AND SPECIAL
PROSECUTIONS SECTION

A TRUE BILL

**REDACTED**
**PER PRIVACY ACT**
GRAND JURY FOREPERSON

Sept 4, 2025
DATE

5

**Criminal Cover Sheet** — **U.S. District Court**

**Place of Offense:**

City: Baton Rouge
County/Parish: East Baton Rouge

*Investigating Agency: HHS
*Agent: Peter Silessi

Matter to be sealed: ✓ Yes ☐ No

Related Case Information:
Superseding BOI ☐   Docket Number _____
Same Defendant ☐   New Defendant ✓
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Felix Coc Choc
Alias: _____
Address: _____
DOB: _____  SS / Alien#: _____  Sex: ___ Race: ___ Nationality: ___

**U.S. Attorney Information:**

AUSA: Kristen L. Craig    Bar #: LBN 32565

Interpreter: ✓ Yes  ☐ No    List language and/or dialect: Spanish

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**    Mandatory Minimum Charged? ✓ Yes ☐ No

Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C. § 1001(a)(2) | Making a False, Fictitious, and Fraudulent Statement | 1 | F |
| 18 U.S.C. §1028(a)(1) | Aiding and Abetting Aggravated Identity Theft | 2 | F |

(May be continued on second sheet)

Date: 9/4/25   Signature of AUSA: Kristen Craig